AO 442 (Rev. 01/09) Arrest Warrant

25371-076

# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:20-CR-10063-STA |
| JASON WAYNE AUTRY ) | |
| *Defendant* ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JASON WAYNE AUTRY
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C.§922 (g)(1), Felon in possession of a firearm
18 U.S.C.§924 (e), Armed Career criminal enhancement

Date: 09/29/2022

*Issuing officer's signature*

City and state:   Memphis, Tennessee            THOMAS M. GOULD -  United States Clerk of Court
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/29/22, and the person was arrested on *(date)* 12/11/20
at *(city and state)* Shelby Cty Corrections

Date: 10/21/22

*Arresting officer's signature*

IA via video

*Printed name and title*