

**United States Department of Justice**

United States Attorney's Office

Western District of Tennessee

*109 S. Highland Avenue, Suite 300*
*Jackson, Tennessee 38301*
*(731) 422-6220 Telephone*
*(731) 422-6668 Facsimile*

August 18, 2023

**Michael Weinman**
**WEINMAN & ASSOCIATES**
**101 North Highland Ave**
**Post Office Box 266**
**Jackson, TN 38302**

    Re:    **United States v. Jason Wayne Autry**
            Case No. 20-cr-10063-STA

Dear Mike:

This letter is written to make you aware of exhibits that may be used by the Government at the sentencing hearing in this matter. The United States has uploaded to USAfx the following:

    Documents and electronic media which have been Bates-labeled JA-703 to JA-706 regarding the above defendant.

Please notify me at once should you have difficulty with the items or find that any items are incomplete or missing. Further, the United States is aware of its continuing duty under *Brady v. Maryland* and *United States v. Giglio.*

Feel free to contact me if you have any questions related to this matter.

                          Sincerely,

                          KEVIN G. RITZ
                          UNITED STATES ATTORNEY

               By:    s/Beth Boswell
                      BETH BOSWELL
                      Assistant United States Attorney
                      167 N. Main Street, Suite 800
                      Memphis, Tennessee 38103
                      Telephone: (901) 544-4231
                      Beth.boswell@usdoj.gov

cc:  District Court Clerk (sans enclosures)