IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 20-10063-STA |
| | ) |
| JASON AUTRY, | ) |
| | ) |
| Defendant. | ) |

## ORDER CONTINUING SENTENCING HEARING

Defendant Autry is currently set for sentencing on Tuesday, October 31, 2023 at 1:30 p.m. On Thursday, October 26, 2023, the Government submitted to the Court a portable drive containing several exhibits to be presented during the sentencing hearing.

The Court has not had sufficient time to review these exhibits. Therefore, the sentencing hearing currently set for October 31, 2023, is CONTINUED to February 20, 2024 at 1:30pm.

ENTERED this 30th day of October, 2023.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE