# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

vs                                                                              Case No.:  1:20-CR-10063-STA

**JASON WAYNE AUTRY**

---

### MOTION OF MICHAEL L. WEINMAN TO WITHDRAW AS COUNSEL
---

COMES now, Michael L. Weinman, court appointed counsel for the Defendant, Jason Wayne Autry, and moves this Honorable Court for an order allowing him to withdraw as counsel for the Defendant in this matter and in support of which would respectfully state as follows:

1. Counsel was appointed to represent the Defendant, Jason Wayne Autry, in this matter on April 21, 2023, pursuant to the Criminal Justice Act.

2. On January 31, 2024, counsel for Defendant became aware that the Defendant's sworn statement was recently filed in an unrelated proceeding in Hardin County, Tennessee Circuit Court. Counsel met with Defendant on February 6, 2024, to discuss the statement. During the meeting counsel became aware of an ethical issue that makes his continued representation of the Defendant in this case impossible, requiring counsel to withdraw because of his ethical obligations. In that meeting, counsel also learned of a potential unresolvable conflict of interest he now has with a client that counsel previously represented, which independently requires counsel to withdraw. Accordingly, counsel requests that he be allowed to withdraw as counsel for Defendant in this matter.

3. As evidenced by the Certificate of Consultation filed herewith, counsel has

conferred with AUSA Beth Boswell who has indicated that the government does not take a position on the relief requested herein.

WHEREFORE, PREMISES CONSIDERED, counsel respectfully requests that the Court enter an order allowing Michael L. Weinman to withdraw as counsel for the Defendant.

Respectfully submitted,

By: s/ Michael L. Weinman
Michael L. Weinman (#015074)
*Attorney for Defendant*
101 N. Highland Ave.
P.O. Box 266
Jackson, TN 38302
Telephone: 731-423-5565
Facsimile: 731-423-5372
Email: mike@weinmanthomas.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing (Motion to Withdraw) has been served via the Court's electronic filing system upon the following:

United States Attorney's Office
William Joshua Morrow
109 South Highland, Suite 300
Jackson, Tennessee 38301
Email: Josh.Morrow@usdoj.gov

United States Attorney's Office
Beth Boswell
167 No. Main Street - Suite 800
Memphis, TN 38103
Email: Beth.Boswell@usdoj.gov

this 7th day of February, 2024.

s/ Michael L. Weinman
Michael L. Weinman