UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA**

vs                                                                            Case No.:   1:20-CR-10063-STA

**JASON WAYNE AUTRY**

---

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

Attorney Michael Weinman, counsel for Defendant in this matter, filed a Motion to Withdraw as Counsel (DE #110). For good cause shown, the motion is GRANTED. Attorney Michael Weinman is withdrawn as counsel for the Defendant in this matter.

Substitute counsel shall be promptly appointed from the Court's CJA Panel.

It is so ORDERED this the 12th day of February, 2024.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE