# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA,**

vs

**JASON WAYNE AUTRY,**     Case No.     1:20-CR-10063-1-STA

## ORDER APPOINTING COUNSEL
## PURSUANT TO THE CRIMINAL
## JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

Attorney Kevin Patrick Whitmore, who is a member of the Criminal Justice Act Panel for the Western District of Tennessee, is appointed as counsel for the defendant.

**DONE** and **ORDERED** February 12, 2024.

s/ S. Thomas Anderson
UNITED STATES DISTRICT JUDGE

1