✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | TENNESSEE |

USA

V.

JASON AUTRY

## EXHIBIT AND WITNESS LIST

Case Number:  1:20-cr-10063-STA

| PRESIDING JUDGE<br>District Judge S. Thomas Anderson | PLAINTIFF'S ATTORNEY<br>Beth Boswell, Josh Morrow | DEFENDANT'S ATTORNEY<br>Kevin Whitmore |
|---|---|---|
| TRIAL DATE (S)<br>Sentencing- 6/24/2024 | COURT REPORTER<br>K. Heasley | COURTROOM DEPUTY<br>M. Bryson |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/24/2024 | x | x | Big Flow Chart |
| 2 | | 6/24/2024 | x | x | Small Flow Chart |
| 3 | | 6/24/2024 | x | x | TDOC Certification Documentation |
| 4 | | 6/24/2024 | x | x | TDOC Certification Documentation |
| 5 | | 6/24/2024 | x | x | Arrest Warrant |
| x | | 6/24/2024 | | | Witness #1- Ashley Robertson- JPD |
| 6 | | 6/24/2024 | x | x | Photographs (Collective) |
| 7 | | 6/24/2024 | x | x | CD |
| x | | 6/24/2024 | | | Witness #2- Jeremy Pratt- THP |
| 8 | | 6/24/2024 | x | x | Photograph (Lightning Bolts on Calves) |
| 9 | | 6/24/2024 | x | x | Photographs (Collective) |
| 10 | | 6/24/2024 | x | x | 9/23/13 Sentencing Document- ***SEALED*** |
| 11 | | 6/24/2024 | x | x | CD (Jail Calls) |
| x | | 6/24/2024 | | | Witness #3- Joe Walker |
| 12 | | 6/24/2024 | x | x | Transcripts, CD's (Collective) |
| 13 | | 6/24/2024 | x | x | Photographs (Collective) |
| 14 | | 6/24/2024 | x | x | Photograph (Train Tattoo) |
| x | | 6/24/2024 | | | Witness #4- Linda Smith- USPO |
| x | | 6/24/2024 | | | Witness #5- Carrie Christian |
| x | | 6/24/2024 | | | Witness #6- USM James Edge |
| 15 | | 6/24/2024 | x | x | Booking Records |
| 16 | | 6/24/2024 | x | x | Shelby Co. Records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | | VS. | JASON AUTRY | | CASE NO. 1:20-cr-10063-STA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| x | | 6/24/2024 | | | Witness #7- Bryant Allen |
| x | | 6/24/2024 | | | Witness #8- Linda Kimbel |
| 17 | | 6/24/2024 | x | x | Photographs (Collective) |
| x | | 6/24/2024 | | | Witness #9- Joseph Frye |
| 18 | | 6/24/2024 | x | x | Criminal Intelligence Submission Report |
| 19 | | 6/24/2024 | x | x | Order |
| x | | 6/24/2024 | | | Witness #10- Frank Kelsey |
| 20 | | 6/24/2024 | x | x | Photograph- JA 379 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |