# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 20-10063-STA<br>) |
| **JASON WAYNE AUTRY,** | )<br>) |
| Defendant. | )<br>) |

## NOTICE OF APPEAL

COMES NOW, Mr. Jason Autry, by and through counsel, Attorney Kevin P. Whitmore, and files his Notice of Appeal.

Notice is hereby given that Jason Autry appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on June 24, 2024.

WHEREFORE, Mr. Autry respectfully files his Notice of Appeal.

Respectfully submitted,

*/s/ Kevin P. Whitmore*
Kevin P. Whitmore #021293
Attorney Representative of
LAST CHANCE LAW FIRM PLLC
301 Washington Avenue, Suite 202
Memphis, Tennessee 38103

1

(901) 461-1039
whitmore@lastchancelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served electronically on the government's representative/counsel via the Court's ECF system this 2nd day of June 2024.

/s/Kevin P. Whitmore