Case No. 24-5607

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

v.

JASON WAYNE AUTRY,

    Defendant – Appellant.

Upon consideration of the motion of Kevin P. Whitmore to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be, and it hereby is **GRANTED**. This court will appoint new counsel to represent the appellant under the Criminal Justice Act.

                                          **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: July 10, 2024

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 10, 2024

Mr. Jason Wayne Autry
Ms. Naya Bedini
Ms. Beth Boswell
Mr. William Joshua Morrow
Mr. Kevin P. Whitmore

Re:  Case No. 24-5607, *USA v. Jason Autry*
     Originating Case No.: 1:20-cr-10063-1

Dear Counsel and Mr. Autry,

   The Court issued the enclosed Order today in this case.

                              Sincerely yours,

                              s/Beverly L. Harris
                              Case Manager
                              Direct Dial No. 513-564-7077

cc:  Ms. Wendy R. Oliver

Enclosure